UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

**FILED**

OCT 09 2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

MAURICE L. WALLACE, R-10764
Plaintiff,

vs.

Case No. 17-576-DRH

JOHN BALDWIN, et al.,
Defendants.

## NOTICE OF PLAINTIFF'S INTENT TO APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEAL

Please Be Advised:

Plaintiff, Pro se, Maurice L. Wallace, HEREBY notifies and informs this Court of his proactive intent to activate and initiate any and all required protocol and procedures to seek an INTERLOCUTORY APPEAL from this Court's order (Doc. 41). Specifically, Plaintiff seeks a higher analysis and review of this Court's perplexing refusal to remove one, Joseph A. Cervantez, an attorney appointed by this Court to represent Plaintiff Pro Bono (Doc. 38).

FURTHER PLAINTIFF SAYETH NOT.

Justicia omnibus,

Dated: September 20, 18

Maurice L. Wallace, R-10764
Plaintiff, Pro se
Menard C.C.
P.O. Box 1000
Menard, IL 62259

## CERTIFICATION

I, Maurice L. Wallace certify that on September 20, 2018, I caused a true and correct copy of the Notice of Intent to Appeal to be filed with the Clerk of the USDC, SD-IL via United States Postal Service.

Respectfully submitted,

Maurice L. Wallace, R-10764
Plaintiff, Pro se

2

DATE: Thursday Sept. 27, 2018

TO: Hon. Justine Flanagan, Clerk (USDC SD-IL)

From: Maurice Wallace, Plaintiff, Pro se, MAin

In Re: Wallace v. Baldwin, et al, 17-576-DRH

Please find enclosed a NOTICE OF INTENT TO APPEAL. At your convenience, please file said documents accordingly, send me confirmation/verification thereof and forward me any and all documents that I'll need to effectuate my intended appeal.

Thank you Kindly.

(Legal)

Maurice Wallace, R-10164
P.O. Box 1000
Menard, IL 62259

Correspondence From IDOC Inmate

-LEGAL MAIL-

Attn: Justine Flanagan, Clerk
USDC SD-IL
P.O. Box 249
East St. Louis, IL 62202

ZIP 62259
02 1W
0001389078
US POSTAGE PAID
FOREVER
SUS A1 2018
$000.00



© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

RECEIVED

OCT - 9 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE