UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MAURICE WALLACE,
    Plaintiff, Pro se,

VS.

JOHN BALDWIN, et al.,
    Defendants.

Case No. 17-576-DRH

## MEMORANDUM

May It Please The Court:

Please be advised that despite Plaintiff's recent filing with this Court to have one, Joseph A. Cervantez, excised and removed from any and all involvement with the above-entitled cause of action, doc.___, Mr. Cervantez continues to claim representation of said cause of action. In fact, on this very day, at approximately 9:00 am, Mr. Cervantez initiated a "legal call" to this Pro se Plaintiff, see Prison Logs.

Of course, Mr. Cervantez's actions, by my lights, are at once worrisome and rude. Worrisome because this could mean that he's acting on Plaintiff's behalf *without* Plaintiff's expressed written consent; and rude because Plaintiff is most certain that he has long since been placed on notice that his services are neither needed nor desired by Plaintiff.

Thus Plaintiff returns before this Court in hopes of getting through finally to Mr. Cervantez.

Plaintiff sincerely thanks the Court for its time and efforts, and humbly apologizes if his actions have (in any way) unduly burdened the Court.

Respectfully submitted,

Dated: Sept. 19, 18

_____
Maurice L. Wallace, R-10764
Plaintiff, Pro se
Menard C.C.
P.O. Box 1000
Menard, IL 62259

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I declare under the penalty of perjury, that I have read and understand the foregoing and that the information contained therein is true and correct so help me G-d.

Executed within the United States this 19th day of September, 2018, pursuant to title 28 U.S.C. sec. 1746; 18 U.S.C. sec. 1621.

_____

2

# CERTIFICATION

PLEASE TAKE NOTICE that on September 19, 2018, Plaintiff placed the below-stated documents in the institutional mailbox at Menard C.C., properly addressed to the Clerk, USDC-SDIL.

✓ Memorandum to the Court

Dated: September 19, 2018

Maurice L. Wallace
Plaintiff, Pro se

Menard C.C.
P.O. Box 1000
Menard, IL 62259

Wednesday Sept. 19, 2018

Attn: Hon. Justine Flanagan, Clerk
USDC SD-IL
P.O. Box 249
East St. Louis, IL 62202

    In Re: Wallace v. Baldwin, et al., 17-576-DRH

Dear Clerk Flanagan:

    At your convenience, please filed the enclosed Memorandum to the Court in the above-referenced cause of action. Please also return me confirmation/verification of receipt of said documents.

    Thank you warmly.

God Bless America,

_____
Maurice L. Wallace, R-10764
Plaintiff, Pro se

Maurice Wallace, R-10764
P.O. Box 1000
Menard, IL 62259

Correspondence From IDOC Inmate
-LEGAL MAIL-

Attn: Hon. Justine Flanigan, Clerk
USDC SD-IL
P.O. Box 249
East St. Louis, IL 62202

RECEIVED
OCT - 9 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE