IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE L. WALLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ROBERT JEFFREYS, | ) |
| DOUG SIMMONS, | ) |
| JOHN EILERS, | ) |
| FRANK LAWRENCE, | )  Case No. 17-cv-576-DWD |
| KIM BUTLER, | ) |
| JACQUELINE LASHBROOK, | ) |
| JOSHUA SCHOENBECK, | ) |
| JASON HART, | ) |
| SANDY WALKER, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

This matter is before the Court *sua sponte* for case management. The Court recently appointed Dr. David Rakofsky, a licensed clinical psychologist and the President of and supervising psychologist at Wellington Counseling Group in Northbrook, Illinois, to evaluate Plaintiff Maurice Wallace. Dr. Rakofsky examined Mr. Wallace and provided the Court with a detailed report summarizing the evaluation and providing Dr. Rakofsky's opinion as to whether Mr. Wallace has the capacity to make decisions regarding the instant litigation. Consistent with this Court's order appointing Mr. Wallace to complete the competency examination on behalf of the Court, Dr. Rakofsky is now due to be reimbursed for the cost of the evaluation and related expenses.

Under Section 2.15 of the Plan for the Administration of the District Court Fund (December 2023), the Court may utilize funds that will benefit the bench and the bar in the administration of justice. Mr. Wallace is an indigent prisoner pursuing civil rights claims against officials at the institution where he is housed. Because concerns were raised regarding Mr. Wallace's competency, an examination by a qualified mental health expert was necessary to assist the Court in rendering a decision as to whether a guardian ad litem should be appointed. Given Mr. Wallace's indigent status and the importance of Dr. Rakofsky's evaluation and subsequent report, the Court finds it is appropriate to utilize the District Court fund to pay Dr. Rakofsky's fee and out-of-pocket expenses.

Dr. Rakofsky seeks payment in the amount of $4,426.30 and provides appropriate explanation and paperwork justifying his fee and related expenses. The Court finds the amount requested to be reasonable in light of the work Dr. Rakofsky performed and the assistance he provided to the Court. Accordingly, The Court **APPROVES** payment in the amount of $4,426.30 and **DIRECTS** the Clerk of Court to pay Dr. David Rakofsky that amount from the District Court Fund.[1]

**IT IS SO ORDERED.**

Dated: June 7, 2024

*s/David W. Dugan*
DAVID W. DUGAN
United States District Judge

---

[1] *See* ¶ 2.15 of the Plan for the Administration of the District Court Fund (available at https://www.ilsd.uscourts.gov/sites/ilsd/files/DCFPlan.pdf). The check should be made payable to Dr. David Rakofsky. Upon entering this Order, the Court will provide the Clerk of Court with a mailing address for Dr. Rakofsky.