IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MAURICE L. WALLACE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| **ROBERT JEFFREYS,** | ) |
| **DOUG SIMMONS,** | ) |
| **JOHN EILERS,** | ) |
| **FRANK LAWRENCE,** | ) Case No. 17-cv-576-DWD |
| **KIM BUTLER,** | ) |
| **JACQUELINE LASHBROOK,** | ) |
| **JOSHUA SCHOENBECK,** | ) |
| **JASON HART,** | ) |
| **SANDY WALKER,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

This closed case is before the Court for case management. Plaintiff's former counsel ("Counsel") began representing Plaintiff *pro bono* in 2018, securing a favorable settlement on September 4, 2024. (Doc. 381). On September 5, 2024, the Court entered an order directing the clerk to enter judgment of dismissal with prejudice within 120 days. (Doc. 382). On December 9, 2024, the Court extended the deadline for the completion of settlement paperwork to allow the parties additional time to resolve a dispute regarding distribution of the settlement funds. (Doc. 400). On January 27, 2025, Plaintiff Maurice Wallace filed a Notice of Conclusion of Settlement Negotiations, indicating the dispute had been resolved and settlement paperwork was completed. Accordingly, on January

30, 2025, the Court dismissed the case with prejudice and entered judgment. (Docs. 409, 410).

Since dismissal, Plaintiff has filed eight pleadings addressing issues such as settlement delays, requests for advice, sanctions against Counsel, and appointment of counsel for unrelated matters. (Docs. 411, 412, 414, 416, 417, 419, 420, and 421). Amid this flurry of filings, Defendants filed a status report indicating that a warrant for payment was issued on March 14, 2025, though as of March 17, 2025 the payment was uncashed. (Doc. 418). Additionally, Counsel responded to Plaintiff's request for sanctions (Doc. 413), and Plaintiff submitted a pleading seeking to withdraw the sanctions request. (Doc. 417).

The Court addresses Plaintiff's filings as follows:

(1) The sanctions request is **DENIED** as moot. Counsel's seven-year *pro bono* representation was exemplary, and Plaintiff's allegations lack merit. Plaintiff's baseless allegations against Counsel are unfortunate, particularly given the rarity of attorneys willing or able to provide such extensive free representation to indigent litigants.

(2) Concerns about settlement funds are moot, as payment has been issued; and

(3) the request for counsel is **DENIED**; this case is closed, and the Court cannot appoint counsel for unrelated matters.

Plaintiff is **ADVISED** that this case has been dismissed with prejudice, and the Court lacks jurisdiction over any further settlement disputes. The Court will not mediate any additional alleged issues between Plaintiff and Counsel, and any further requests regarding matters outside of the pleadings (including Plaintiff's "Level-E" security status) are improper. Plaintiff is **WARNED** that additional filings on these matters, or

any additional frivolous filings, may result in sanctions.

    **SO ORDERED.**

Dated: April 2, 2025

s/*David W. Dugan*
DAVID W. DUGAN
United States District Judge
